# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 10-11294
Summary Calendar

United States Court of Appeals
Fifth Circuit

**F I L E D**
January 10, 2012

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

PEDRO MCPHEARSON,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:99-CR-4-2

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

The district court has clarified its judgment and restated the sentence as the maximum sentence within the guideline range as 262 months incarceration.

That sentence of the court is AFFIRMED.

The mandate is recalled for this purpose and this mandate is to be issued instanter.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.